

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

| | |
|---|---|
| *970 Broad Street, 7th floor* | *973-645-2700* |
| *Newark, New Jersey 07102* | |

2024R00838

February 13, 2026

The Honorable Michael E. Farbiarz
United States District Judge
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square
Newark, New Jersey 07101

        Re:   *United States v. Jonathan Arce, Joel Hernandez*, Crim. No. 25-132

Dear Judge Farbiarz:

      To avoid doubt, *see* ECF 302 (text order), the United States will not take the position that defense counsel's communications with the undersigned regarding plea offers and pretrial matters, or defense counsel's compliance with pretrial deadlines – including belated compliance – waives the Defendants' challenges to the supervisory structure of the U.S. Attorney's Office.

                                    Respectfully submitted,

                                    TODD BLANCHE
                                    U.S. Deputy Attorney General

                                    PHILIP LAMPARELLO
                                    Senior Counsel

                                    _____

                                    Eli Jacobs
                                    Sammi Malek
                                    Assistant United States Attorneys